593 A.2d 836

**CENTENNIAL SCHOOL DISTRICT, Petitioner,**

**v.**

**CENTENNIAL EDUCATION ASSOCIATION.**

Supreme Court of Pennsylvania.

May 28, 1991.

454

## ORDER

PER CURIAM.

Petition Denied.